## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

RAMAKANT SINGH, individually and,
Derivatively on Behalf of Nominal Defendant
UNIVERSAL SYSTEM TECHNOLOGIES,
INC., a Florida Corporation,

Case No. 6:13-cv-1076-Or1-18KRS

Hon.

                          Plaintiffs,

vs.

SANJAY PRASAD and UNIVERSAL
SYSTEM TECHNOLOGIES, INC., a Florida
Corporation,

                          Defendants.

| | |
|---|---|
| CARLTON FIELDS, P.A.<br>By:  Daniel C. Johnson (#522880)<br>Attorney for Plaintiffs<br>P.O. Box 1171<br>Orlando, FL 32802-1171<br>(407) 849-0300<br>djohnson@carltonfields.com | LEGALQUEST NETWORK, PC<br>By:  ROGER R. RATHI (MI, P59705)<br>Attorney for Sanjay Prasad<br>3000 Town Center, Suite 2450<br>Southfield, MI 48075<br>(248) 663-1000<br>roger@rathilaw.com |

### DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 USC 1446(b)

TO:   Court Clerk                    Counsel for Plaintiff

      Federal Court for the          Daniel C. Johnson (#522880)
      Middle District of Florida     Attorney for Plaintiffs
      401 West Central Blvd.         P.O. Box 1171
      Orlando, FL 32801              Orlando, FL 32802-1171

PLEASE TAKE NOTICE that Defendants SANJAY PRASAD by and through his counsel, hereby removes the matter entitled RAMAKANT SINGH, individually and Derivatively on Behalf of Nominal Defendant UNIVERSAL SYSTEM TECHNOLOGIES, INC. v. SANJAY PRASAD and UNIVERSAL SYSTEM TECHNOLOGIES, INC., **Case No. 13-CA-2593-16-K**, currently pending in the **18TH Judicial Circuit Court for Seminole County, State of Florida**, to the United States District Court for the **Middle District of Florida**. The bases for removal are set forth below:

STATEMENT OF GROUNDS FOR REMOVAL

1. On or about June 27, 2013, an action was commenced in the 18TH Circuit Court for Seminole County, State of Florida, bearing Case No. **13-CA-2593-16-K**. Defendant was served on July 3, 2013 via personal service. A copy of the summons and complaint, which constitute all process and pleadings served by Plaintiff in this action and of which Defendant has notice, are attached as **Exhibit A**.

2. This notice of removal is being filed within 30 days after receiving notice of the complaint by service or otherwise as required by 28 USC 1446(b).

3. This Court has jurisdiction over this case based on diversity of citizenship pursuant to 28 USC 1332(a).

CITIZENSHIP OF PARTIES

4. Plaintiff, Ramakant Singh is a citizen of Florida.

5. Defendant is a citizen of Michigan.

AMOUNT IN CONTROVERSY

6. The amount in controversy requirement is also satisfied. Plaintiff and Defendant are partners in a corporation called Universal System Technologies, Inc. with annual revenues in excess of $6,000,000.00. Another lawsuit is currently pending in the Federal Court for the Eastern District of Michigan involving the same parties and dispute with regard to Universal System Technologies, Inc. It has been alleged that the amount in controversy in that suit is in excess of $3,000,000.00. Therefore, Defendant Sanjay Prasad asserts, in good faith, that the amount in controversy in the instant suit is in excess of $75,000.00.

THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

7. No Defendant has sought similar relief with respect to this matter.

8. The prerequisites for removal under 28 USC §1441 have been met.

9. Written notice of the filing of this notice of removal will be given to the adverse parties as required by law.

10. The allegations of this notice are true and correct and this cause is within the jurisdiction of the United States District Court for the Middle District of Florida.

Defendant files this notice of removal and removes this civil action to the United States District Court for the Middle District of Florida. Plaintiffs are notified to proceed no further in state court unless or until the case should be remanded by order of said United States District Court.

Dated: __07/16/2013__

Respectfully submitted,
**LEGALQUEST NETWORK, PC**

By /s/ _____
ROGER R. RATHI (MI, P59705)

### CERTIFICATE OF SERVICE

Sarah Bileti (P72946), being first duly sworn, deposes and states that she is employed by the law firm, Legalquest Network, P.C., and that on July 16, 2013, she served a copy of the notice of filing of notice of removal pursuant to 28 USC §1446(b), defendant's notice of removal pursuant to 28 USC §1446(b), and this Certificate of Service upon the following:

> Daniel C. Johnson (#522880)
> Attorney for Plaintiff
> P.O. Box 1171
> Orlando, FL 32802-1171
>
> 18th Judicial Circuit Court
> Seminole County
> Downtown Civil Courthouse
> 301 N. Park Avenue
> Sanford, FL 32771

by placing the same in an express mail envelope addressed as above with postage prepaid and by depositing the same in a Unites States mail receptacle at 3000 Town Center, Suite 2450, Southfield, MI 48075.

Dated: _____

Respectfully submitted,
**LEGALQUEST NETWORK, PC**

By /s/_____
SARAH BILETI (MI, P72946)